COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Rebecca Livoti v. Anthony Livoti

Appellate case number:      01-22-00229-CV

Trial court case number:    114133-CV

Trial court:                239th District Court of Brazoria County

Appellant, Rebecca Livoti, has filed an "Unopposed Motion for Extension of Time to File Brief and Alternative Motion to Retain Matter on Docket." In her motion, appellant notes that the deadline for filing her appellant's brief was April 28, 2022. No brief was filed, and appellant seeks an extension of that deadline, stating that the "parties have settled the matter but are still negotiating the details of the formal settlement agreement."

Accordingly, "[a]ppellant wishes to have the deadline extended to keep the appeal active so that an agreed motion properly disposing of the appeal and underlying suit may be filed upon final settlement, which may be past the time the Court dismisses the appeal for want of prosecution." Alternatively, appellant requests that "the Court retain the matter on the docket pending filing of the parties' anticipated agreed motion finally disposing of the matter."

The motion further states that appellee, Anthony Livoti "does not oppose this motion." *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

We **grant** appellant's motion for extension of time to file her brief. However, the motion does not specify the length of extension requested. Accordingly, **appellant's brief is due to be filed within sixty (60) days of the date of this order**. *See* TEX. R. APP. P. 38.6(d). To the extent negotiation of "the details of the formal settlement agreement" are not complete when appellant's extended brief deadline expires, nothing in this order prevents appellant from seeking an additional extension of time to file its brief to finalize the "formal settlement agreement."

Because we have granted appellant's motion for extension of time to file her brief, appellant's motion in the alternative to "retain the matter on the docket pending filing of the parties' anticipated agreed motion finally disposing of the matter," is **<u>dismissed as moot</u>**.

It is so ORDERED.

Judge's signature: _____/a/ April Farris_____

&#x2611; Acting individually    &#x2610; Acting for the Court

Date: ___May 19, 2022___